IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, BARBRA BARBA and TYE BARBA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER, RANDY MILLIGAN, JOSHUA STEPHENS, and DOES 1 through 20<br><br>Defendants. | 1:12-CV-00195 AWI JLT<br><br>ORDER VACATING JUNE 11, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. No. 8) |

Currently pending before this Court is Defendants' Motion to Dismiss Complaint. See Court's Docket, Doc. No. 8. This motion is set for hearing on June 11, 2012, at 1:30 p.m. in Courtroom 2. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 11, 2012, is VACATED, and the parties shall not appear at that time. As of June 11, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: June 4, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE