Bruce D. Praet, SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143  facsimile
bpraet@aol.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, BARBRA BARBA and TYE BARBA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SHAFTER, RANDY MILLIGAN, JOSHUA STEPHENS, DOES 1 through 20,<br><br>　　　　　　Defendants.<br>_____ | No. 1:12-cv-00195-AWI-JLT<br><br>**ORDER DISMISSING CERTAIN CAUSES OF ACTION AS TO SPECIFIC PLAINTIFFS; REQUEST TO TAKE DEFENDANTS' MOTION TO DISMISS (PRESENTLY UNDER SUBMISSION) OFF CALENDAR** |

　　　　GOOD CAUSE appearing, it is hereby ordered that the Second, Third and Fourth Causes of Action contained in Plaintiffs' complaint are dismissed with prejudice as to Plaintiffs Barbra and Tye Barba only.  Defendants' pending 12b(6) motion shall be taken off calendar.

IT IS SO ORDERED.

Dated:   February 21, 2013　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE