**Eric J. Parkinson** (SBN 166518)
**Attorney & Counselor at Law**
11545 Los Osos Valley Road, Suite C-1
San Luis Obispo, California 93405
Telephone: (805) 783-1070
Facsimile: (805) 783-1160
Email: eric@ericparkinsonlaw.com

Attorney for Plaintiffs MIKE E. BARBA, BARBRA BARBA & TYE BARBA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, BARBRA BARBA and TYE BARBA,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SHAFTER, RANDY MILLIGAN, JOSHUA STEPHENS, Does 1 through 20,<br><br>　　　　　　　Defendants. | Case No. 1:12-CV-00195-AWI-JLT<br><br>STIPULATION AND ORDER CONTINUING MID-DISCOVERY STATUS CONFERENCE AND SUBMISSION OF JOINT STATUS CONFERENCE REPORT<br><br>(Doc. 28) |

　　　IT IS HEREBY STIPULATED and respectfully requested by all parties through their respective counsel of record that: (1) due to a calendar conflict with Plaintiffs' attorney, the Court continue the Mid-Discovery Status Conference currently scheduled in the above-action for November 4, 2013, to a future date that falls after December 1, 2013; and (2) that the Court also continue the date for filing the Joint Mid-Discovery Status Conference Report to a date that falls one full week prior to the rescheduled date of said conference.

//

//

//

IT IS SO STIPULATED.

Dated: September 4, 2013       Eric J. Parkinson
                               Attorney & Counselor at Law

                               _____/s/ Eric J. Parkinson_____
                               By: Eric J. Parkinson
                               11545 Los Osos Valley Road, Suite C-1
                               San Luis Obispo, CA 93405
                               Telephone: (805) 783-1070
                               Email: eric@ericparkinsonlaw.com

Dated: September 4, 2013       FERGUSON, PRAET & SHERMAN
                               A Professional Corporation

                               _____/s/ Bruce D. Praet_____
                               By: Bruce D. Praet
                               1631 East 18th Street
                               Santa Ana, CA 92705
                               Telephone: (714) 953-5300
                               Email: bpraet@aol.com

**ORDER**

GOOD CAUSE appearing, the Court **ORDERS**:

1. The Mid-Discovery Status Conference is continued to **December 4, 2013, at 9:00 a.m.** at the United States Courthouse, 510 19th Street, Bakersfield, California. Telephonic appearances via CourtCall are authorized.

2. A joint mid-discovery status conference report **SHALL** be filed **no later than November 27, 2013** and emailed, in Word format, to JLTOrders@caed.uscourts.gov.

IT IS SO ORDERED.

   Dated:   **September 4, 2013**            **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE