UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SHAFTER, et al. <br><br> Defendants. | Case No.: 1:12-cv-00195  AWI JLT <br><br> ORDER GRANTING STIPULATION TO CONTINUE MID DISCOVERY STATUS CONFERENCE <br><br> (Doc. 32) |

On September 4, 2013, the Court granted the parties' stipulation to continue the mid-discovery status conference due to a calendar conflict by counsel. (Doc. 29)  At the parties' request, the Court re-set the matter for December 4 and ordered the status conference statement to be filed no later than November 27, 2013. Id. Nevertheless, the report was not filed.

On December 3, 3013, counsel submitted another stipulation[1] to continue the mid-discovery status conference to "allow the parties to prepare and file a joint report." (Doc. 32)  It is apparent to the Court that counsel failed to calendar the dates of the continued hearing and the due date for the report.  Therefore, the Court will **GRANT** the stipulation as follows:

1. The telephonic mid-discovery status conference is continued to **December 30, 2013** at 9:00 a.m.;

---

[1] Counsel are reminded the Court **no longer accepts** pleadings or proposed orders prepared in WordPerfect.  All such lodged pleadings **must be prepared** in Word.

1

2. The joint mid-discovery status report **SHALL** be filed no later than **December 23, 2013**.

**<u>Failure to comply with this order will result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated:   **December 3, 2013**                              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE