Bruce D. Praet   SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for City of Garden Grove Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, BARBRA BARBA and TYE BARBA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SHAFTER, RANDY MILLIGAN, JOSHUA STEPHENS, DOES 1 through 20,<br><br>Defendants. | No.  1:12-cv-00195-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(Doc. 38)** |

Good Cause having been shown,

The Settlement Conference presently set for March 20, 2014, at 9:30 a.m. is continued to March 25, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **January 28, 2014**          **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1