Bruce D. Praet   SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300  telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for City of Shafter Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, BARBRA BARBA and TYE BARBA,<br><br>                       Plaintiffs,<br><br>       vs.<br><br>CITY OF SHAFTER, RANDY MILLIGAN, JOSHUA STEPHENS, DOES 1 through 20,<br><br>                       Defendants. | No.  1:12-cv-00195-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO VACATE SETTLEMENT CONFERENCE**<br><br>**(Doc. 41)** |

Before the Court is the stipulation of the parties indicating that a court-sponsored settlement conference is not likely to be fruitful at this time.  (Doc. 41 at 1-2)  Discovery will not be completed until April 1, 2014 and the parties are committed to pursuing informal and, if appropriate, private mediation.  Id. at 2. Therefore, the Court **ORDERS t**he settlement conference set on March 25, 2014 to be **VACATED**.

IT IS SO ORDERED.

   Dated:   **February 28, 2014**                              **/s/ Jennifer L. Thurston**
                                                                              UNITED STATES MAGISTRATE JUDGE

1