UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E BARBA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SHAFTER, et al., <br><br> Defendants. | CASE NO. 1:12-CV-0195 AWI JLT <br><br> ORDER VACATING SEPTEBMER 15, 2014 HEARING DATE <br><br> ORDER SETTING BRIEFING SCHEDULE |

     Defendants have filed a motion for summary judgment in this action. Defendants set a hearing date on this motion for September 15, 2014. While Plaintiffs filed an opposition to the motion on September 9, 2014, Plaintiffs failed to file this opposition 14 days before the September 15, 2014 hearing date. See Local Rule 230(c). As such, Plaintiffs are in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c).

     Defendants have asked that the Court grant their motion and not consider the late opposition. While the Court has discretion to not consider a late opposition, nothing in either the Federal Civil Rules of Procedure or Local Rules allow this Court to merely grant Defendants' motion based on an untimely opposition. Even if the Court does not consider the late opposition, the Court is still required to research the relevant law and confirm the proposed undisputed facts.

In the interests of justice and judicial efficiency, the Court finds that it will consider Plaintiffs' late opposition.[1] However, Defendants will also be given until September 29, 2014, to file any reply brief.

Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of September 15, 2014, is VACATED, and the parties shall not appear at that time.

2. Defendants may file any reply brief by September 29, 2014.

3. As of September 29, 2014, the Court will take the motion for summary judgment under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: September 12, 2014

SENIOR DISTRICT JUDGE

---

[1] Plaintiffs' counsel is forewarned that any future request for a continuance should be filed prior to the due date. No further extensions of time will be granted unless Plaintiffs' counsel provides good cause for the requested continuance.