UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, BARBRA BARBA, and TYE BARBA,<br><br>Plaintiffs<br><br>v.<br><br>CITY OF SHAFTER, RANDY MILLIGAN, JOSHUA STEPHENS, and DOES 1 through 20,<br><br>Defendants | CASE NO. 1:12-CV-0195 AWI JLT<br><br>ADDITIONAL ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND ORDER FOR PARTIES TO CONTACT THE MAGISTRATE JUDGE<br><br>(Doc. No. 43) |

On February 26, 2015, the Court granted in part and denied in part Defendants' motion for summary judgment. See Doc. No. 51. As part of that order, the Court ordered Plaintiffs to show cause why summary judgment should not be granted on: (1) all claims alleged against Defendant Joshua Stephens; and (2) Plaintiffs' Fourteenth Amendment claims. See id. With respect to the claims against Stephens, the evidence demonstrated that there was probable cause to detain and admit Plaintiff Mike Barba under California Welfare & Institutions Code Sec. 5150, and Stephens did not use his taser against Barba. See id. The evidence did not appear to indicate any viable claims against Stephens. See id. With respect to the Fourteenth Amendment familial relationship claims, the Court noted that the interference appeared to be based on Barba's detention, but that the detention was justified under Sec. 5150. See id. That is, there did not appear to be unwarranted interference by Defendants. See id.

Plaintiffs were ordered to present evidence and show cause in writing no later than March 13, 2015. See id.

On February 27, 2015, the parties filed a stipulation to alter Defendants' reply date. See

Doc. No. 52.  The Court granted the stipulation the same day.  See Doc. No. 53.  In that order, the Court corrected a characterization of the additional briefing that was to be submitted.  See id.  The Court explained that Plaintiffs had been ordered to show cause, and if they failed to do so, then summary judgment on their Fourteenth Amendment claims and all claims against Defendant Stephens would be granted.  See id.

March 13, 2015 has passed, and Plaintiffs filed no response of any kind to the Court's show cause order.  Because Plaintiffs have failed to show cause, and pursuant to the Court's prior warning and orders, additional summary judgment in favor of Defendants will be granted.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for summary judgment on Plaintiffs' Fourteenth Amendment familial relationship claims and all claims against Defendant Joshua Stephens is GRANTED; and
2. The parties shall contact the Magistrate Judge with fourteen (14) days of service of this document for the purpose of setting new pre-trial and trial dates in this case.

IT IS SO ORDERED.

Dated:   March 16, 2015                        _____
                                               SENIOR  DISTRICT  JUDGE

2