**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE E. BARBA, et al., <br><br>         Plaintiffs, <br><br>    v. <br><br> CITY OF SHAFTER, et al. <br><br>         Defendants. | ) Case No.: 1:12-cv-00195  AWI JLT <br> ) <br> ) ORDER GRANTING STIPULATION TO <br> ) CONTINUE FURTHER SCHEDULING <br> ) CONFERENCE <br> ) <br> ) (Doc. 57) <br> ) <br> ) <br> ) |

On March 16, 2015, the Court ordered counsel to contact the assigned Magistrate Judge within 14 days to set a further scheduling conference. (Doc. 54)  This did not occur.  Thus, on April 1, 2015, the Court unilaterally set the further scheduling conference on May 1, 2015 and ordered counsel to file a <u>joint</u> statement proposing dates for the pretrial conference and the trial seven days in advance. (Doc. 55)  This did not occur.  Rather, two days before the scheduled conference, Defendants' counsel filed a unilateral statement indicating that Plaintiff's counsel had failed to cooperate in preparing the joint statement. (Doc. 56)

Now, counsel have filed a joint statement requesting to continue the further scheduling conference to a date beyond May 15, 2015 due to the illness of Plaintiff's counsel's daughter. (Doc. 57)  Defendants' counsel indicated in his unilateral report that he was unavailable at the time selected by the Court for the conference. (Doc. 56 at 3)

Therefore, the Court will **GRANT** the stipulation as follows:

1. The further scheduling conference is continued to **May 27, 2013** at 8:30 a.m. Telephonic appearances via the CourtCall service are authorized;

2. No later than **May 20, 2015,** counsel **SHALL** meet and confer for the purpose of identifying proposed dates for the pretrial conference and trial and they **SHALL** file a joint report setting forth the results of these meet and confer efforts.  The obligation to initiate the meet and confer and to draft and file the joint report is placed on Plaintiff and Defendants;

**<u>Failure to comply with this order will result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated: **April 30, 2015**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE