# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, et al., | Case No.: 1:12-cv-00195  AWI JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 61) |
| CITY OF SHAFTER, et al. | |
| Defendants. | |

On November 6, 2015, the parties notified the Court they have reached an agreement to resolve the matter. (Doc. 61) Counsel report they will finalize the settlement within 90 but fail to explain why so much time is needed. Id. Therefore, based upon the stipulation, the Court **ORDERS**:

1. The stipulated request for dismissal **SHALL** be filed no later than **January 4, 2016**.
2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

IT IS SO ORDERED.

Dated:   **November 9, 2015**         /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE