# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE E. BARBA, et al., | Case No.: 1:12-cv-00195 AWI JLT |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO COMPLY WITH THE COURT'S ORDERS |
| v. | |
| CITY OF SHAFTER, et al. | |
| Defendants. | |

On November 9, 2015, the parties notified the Court they had settled the case. (Doc. 61) Thus, the Court ordered, "The stipulated request for dismissal SHALL be filed no later than January 4, 2016." (Doc. 62) Despite that, no settlement documents have been filed.

Therefore, **within 14 days**, counsel **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders. Alternatively, counsel may file the stipulated request for dismissal within 14 days.

IT IS SO ORDERED.

Dated:   **January 12, 2016**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE